**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Nathan D. Meyer (020583)
ndm@jaburgwilk.com
Echo A. Reynolds (029345)
ear@jaburgwilk.com

Attorneys for Defendant USAA CIC

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyson Barnhart and Lori Barnhart, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>USAA Casualty Insurance Company, a Texas corporation,<br><br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL** |

Defendant USAA Casualty Insurance Company ("USAA CIC") files this Notice of Removal of this action to the United States District Court for the District of Arizona.

1. On or about September 12, 2022, Plaintiffs filed a Complaint in the Maricopa County Superior Court of Arizona captioned *"TYSON BARNHART and LORI BARNHART, husband and wife, Plaintiffs v. USAA CASUALTY INSURANCE COMPANY, a Texas corporation, Defendant"* ("the State Court Action"). *See* Exh. A, Complaint.

2. On September 23, 2022, counsel for USAA CIC agreed to waive service of the Complaint on USAA CIC. *See* Exh. B, Meyer EMT Sever (9/23/22).

3. Plaintiffs are citizens of Arizona for federal diversity jurisdiction purposes because:

    a. the Complaint alleges that Plaintiffs are residents of Arizona. *See*

Exh. A, Complaint ¶ 1; and

    b.    USAA CIC issued the insurance policy (the "Policy") from which this dispute arises to Plaintiffs at an Arizona address.

4.    USAA CIC is a citizen of Texas for federal diversity jurisdiction purposes because:

    c.    USAA CIC is a Texas corporation;

    d.    USAA CIC's principal place of business is in Texas; and

    e.    the officers of USAA CIC direct, control, and coordinate the activities of USAA CIC from San Antonio, Texas.

7.    Pursuant to 28 U.S.C. § 1332, this Court has diversity jurisdiction over this civil action because Plaintiffs' allegations and sought damages indicate Plaintiffs seek more than the $75,000 minimum amount in controversy:

    a.    Plaintiffs certified this case is not subject to the $50,000 compulsory arbitration limit. *See* Maricopa County Local Rule 3.10(a); Exh. A, Plaintiffs' Certificate of Compulsory Arbitration.

    b.    Plaintiffs seek punitive damages. *Gibson v. Chrysler Corp.,* 261 F.3d 927, 945 (9th Cir. 2001) ("It is well established that punitive damages are part of the amount in controversy in a civil action."); *State Farm Mut. Auto. Ins. Co.*, 2015 WL 3953909 *2 (D. Ariz. June 29, 2015) ("the amount in controversy includes the amount of damages in dispute, including punitive damages."); *Hoarau v. Safeco Ins. Co. of America,* 2017 WL 3328078 *3 (D. Ariz. August 4, 2017) (denied motion to remand bad faith case despite Plaintiff seeking only $57,000 in compensatory damages, in part, because Plaintiff also sought punitive damages).

    c.    Plaintiffs also seek attorney fees. *See* Exh. A, Comp.; *Nasiri v. Allstate Indem. Co.*, 41 F. App'x. 76 (9th Cir. 2002) (attorney fees considered when determining amount in controversy in alleged bad faith cases); *Hoarau v. Safeco Ins. Co. of Am.,* 2017 WL 3328078 *2 (D. Ariz. Aug. 4, 2017) (denied motion to remand bad faith case despite Plaintiff seeking only $57,000 in compensatory damages, in part, because

1 Plaintiff also sought attorney fees).

2     8. Pursuant to 28 U.S.C. § 1446(d), USAA CIC has filed a timely Notice of Removal within thirty days of Plaintiffs serving the Complaint.

4     9. Written notice of this Notice of Removal will be given to Plaintiffs as required by law.

6     10. USAA GIC has simultaneously filed a Notice of Filing Notice of Removal in the Maricopa County Superior Court of Arizona. *See* Exh. C, Notice of Filing Notice of Removal.

9     11. Pursuant to LRCP 3.6, copies of all pleadings filed in the Maricopa County Superior Court are attached. *See* Exh. A, Complaint and Certificate of Compulsory Arbitration. Accordingly, Defendant USAA CIC respectfully requests that this action be removed to this Court.

DATED this 24th day of October, 2022.

**Jaburg & Wilk, P.C.**

/s/ *Echo A. Reynolds*
Nathan D. Meyer
Echo A. Reynolds
Attorneys for Defendant USAA CIC

***Certificate of Service***

I hereby certify that on 24th day of October, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dennis A. Sever
Law Office of Dennis A. Sever, PLLC
2826 South Carriage Lane, Suite 100
Mesa, AZ 85202
(480) 730-1855
DA.Sever@SeverLaw.Net
*Attorney for Plaintiffs*

/s/ *Jennifer Smith*

3