# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyson Barnhart, et al., | No. CV-22-01826-PHX-SMB |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| USAA Casualty Insurance Company, | |
| Defendant. | |

Pursuant to the stipulation of the parties (Doc. 11),

**IT IS HEREBY ORDERED** dismissing the above entitled and numbered matter, with prejudice, with each party to bear their own costs and attorney fees.

Dated this 10th day of March, 2023.

Honorable Susan M. Brnovich
United States District Judge